DRAGE ET AL., APPELLANTS, *v.* AMERITRUST CORPORATION ET AL., APPELLEES.

[Cite as Drage *v.* Ameritrust Corp. (1990), 49 Ohio St. 3d 604.]

(No. 88-2032 — Submitted January 23, 1990 — Decided February 28, 1990.)

*Murray & Murray Co., L.P.A.,* and *James T. Murray,* for appellants.

*Jones, Day, Reavis & Pogue, James C. Sennett, John W. Edwards II, Robert S. Walker* and *Joseph D. Pollack,* for appellee Ameritrust Corp. and inside directors of Ameritrust Corp.

*Squire, Sanders & Dempsey, James A. Smith* and *Martin Harris,* for appellees outside directors of Ameritrust Corp. Edward F. Bell et al.

*McDonald, Hopkins & Hardy Co., L.P.A.,* and *George L. McGaughey, Jr.,* for appellee outside director of Ameritrust Corp. M. Thomas Moore.

*Reminger & Reminger Co., L.P.A., George S. Coakley, Sullivan & Cromwell, John L. Warden, John L. Hardiman* and *Leonard Weintraub,* for appellees Alfred Lerner, Progressive Corp., Clevebaco Corp., Clevebaco Ltd. Partnership and PC Investment Co.

*Williams & Williams Co., L.P.A.,* and *Mark R. Williams,* urging reversal, for *amicus curiae* Christine Lavelle.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., dissents.

MOYER, C.J., dissenting. I would affirm the judgment of the court of appeals.

---

THE STATE OF OHIO, APPELLEE, *v.* HUNTER, APPELLANT.

[Cite as State *v.* Hunter (1990), 49 Ohio St. 3d 604.]

(No. 89-1864 — Submitted January 23, 1990 — Decided February 21, 1990.)

*Michael Miller,* prosecuting attorney, and *Katherine J. Press,* for appellee.

*James Kura,* county public defender, and *John W. Keeling,* for appellant.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.